UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS

Cabot East Broward 2 LLC, Patricia D. Souza,
and Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
et al.,

    Defendants.

**STIPULATION FOR DISMISSAL AS TO ACTUARIAL RISK MANAGEMENT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and an agreement of the parties to this stipulation, the undersigned counsel for Plaintiffs and Defendant, Actuarial Risk Management, Ltd. ("ARM"), stipulate to dismissal of Plaintiffs' action against ARM, without prejudice, each party to bear their own costs and attorney's fees as to Plaintiffs' claims against ARM. This stipulation applies solely to Plaintiffs' claims in this action against ARM, and in all other respects this action remains pending against the remaining Defendants.

Dated:  June 1, 2017                              Respectfully submitted,

| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Facsimile: (305) 789-3395<br><br>By:    /s/ Mark P. Dikeman<br>     MARK P. DIKEMAN<br>     Florida Bar No. 623547<br>     mdikeman@stearnsweaver.com<br><br>*Attorneys for Plaintiffs, Cabot East Broward 2 LLC, Patricia D. Souza, and Cabot East Broward 34 LLC* | DAVID R. SOFTNESS, P.A.<br>201 South Biscayne Boulevard<br>Suite 2740<br>Miami, Florida 33131<br>Tel: (305) 341-3111<br><br>By:    /s/ David R. Softness<br>     DAVID R. SOFTNESS<br>     Florida Bar No. 513229<br>     david@softnesslaw.com<br><br>*Counsel for Defendant, Actuarial Risk Management, Ltd.* |

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

                */s/ Mark P. Dikeman*
                MARK P. DIKEMAN

**SERVICE LIST**

Thomas Meeks (314323)
Email: tmeeks@carltonfields.com
Yolanda P. Strader (70212)
Email: ystrader@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
*Co-Counsel for Defendant CBRE, Inc.*

D. Matthew Allen (866326)
Email: mallen@carltonfields.com
Mariko Shitama Outman (106681)
Email: msoutman@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Corporate Center Three at International Plaza
4221 w. Boy Scout Blvd. – Suite 1000
Tampa, Florida 33607-5780
*Co-Counsel for Defendant CBRE, Inc.*

Gregory J. Trask, Esq. (005583)
Email: gtrask@homerbonner.com
Kevin P. Jacobs, Esq. (169821)
Email: kjacobs@homerbonner.com
HOMER BONNER JACOBS, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Tel: (305) 350-5100
*Counsel for Defendant Gloria Hernandez*

Ishmael A. Green (109100)
Email: Ishmael.green@akerman.com
James M. Miller (201308)
Email: james.miller@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
*Counsel for Defendant, Harry L. Silverman*

David R. Softness, Esquire (513229)
Email: david@softnesslaw.com
DAVID R. SOFTNESS, P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, Florida 33131
Tel: (305) 341-3111
*Counsel for Defendant, Actuarial Risk Management, Ltd.*

Hardy L. Roberts, III (0062545)
Email: hroberts@careyomalley.com
CAREY, O'MALLEY, WHITAKER, MUELLER, ROBERTS & SMITH
712 S. Oregon Avenue
Tampa, Florida 33606
Tel: (813) 250-0577
*Co-Counsel for Defendant CBRE, Inc.*