UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS-SNOW

Cabot East Broward 2 LLC, Patricia D. Souza,
and Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

        v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
et al.,

    Defendants.

### Order Withdrawing Mark P. Dikeman's Appearance as Counsel to Plaintiffs

Having reviewed Plaintiffs' motion for an order withdrawing Mark P. Dikeman as counsel for Plaintiffs in this matter [DE 150], and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. The Motion [DE 150] is **GRANTED;**

2. Mark P. Dikeman is authorized to withdraw as counsel to Plaintiffs in this action.

3. All other counsel of record for Plaintiffs from Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. shall continue their representation of Plaintiffs.

4. The Clerk of the Court shall remove Mr. Dikeman from the Court's mailing matrix and electronic noticing system for this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of October, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record