UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS

Cabot East Broward 2 LLC, Patricia D. Souza, and Cabot East Broward 34 LLC, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., Gloria Hernandez,
Harry L. Silverman, and
Actuarial Risk Management, Ltd.,

    Defendants.

## NOTICE OF APPEARANCE

Matthew W. Buttrick, Esq., of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Museum Tower, Suite 2200, 150 West Flagler Street, Miami, Florida 33130, enters his appearance as counsel for Plaintiffs, Cabot East Broward 2 LLC, Patricia D. Souza, and Cabot East Broward 34 LLC, and requests that all memoranda, notices, orders, pleadings, and publicly-filed materials concerning this case be forwarded to him.

-2-

Dated:  October 10, 2017.                               Respectfully submitted,

                                              By: /s/ *Matthew W. Buttrick*
                                                  Matthew W. Buttrick (Florida Bar No. 176028)
                                                  mbuttrick@stearnsweaver.com
                                                  STEARNS WEAVER MILLER WEISSLER
                                                     ALHADEFF & SITTERSON, P.A.
                                                  Museum Tower, Suite 2200
                                                  150 West Flagler Street
                                                  Miami, FL 33130
                                                  Telephone:  (305) 789-3200
                                                  Facsimile:   (305) 789-3395

*Attorneys for Plaintiffs, Cabot East Broward 2 LLC, Patricia D. Souza, and Cabot East Broward 34 LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                                         /s/ *Matthew W. Buttrick*
                                                                         Matthew W. Buttrick

#6024029 v1

-2-

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200