UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., and Gloria Hernandez,

    Defendants.

## PLAINTIFFS' MOTION FOR APPROVAL OF CLAIMS ADMINISTRATOR

Plaintiffs Cabot East Broward 2 LLC and Cabot East Broward 34 LLC, on behalf of themselves and the Class, request the entry of an Order approving of Settlement Services, Inc. as Claims Administrator in this matter, in accordance with the proposal attached as Exhibit 1.

1. On August 17, 2018, the Plaintiffs and Class entered into a Settlement Agreement with Defendants CBRE, Inc. and Gloria Hernandez, pursuant to which CBRE is obligated to pay $100 million into an Escrow Account to be established as a "qualified settlement fund."

2. On August 22, 2018, the Plaintiffs filed a motion seeking preliminary approval of the settlement, as well as other relief, including the approval of City National Bank of Florida to serve as Escrow Agent [D.E. 288]. That motion was subsequently granted [D.E. 289].

3. Under the Settlement Agreement, the next contemplated step is the creation of the Escrow Account and the appointment of an independent Claims Administrator to serve as "administrator" of the "qualified settlement fund," among other duties.

4. Class Counsel has interviewed and solicited proposals from several companies interested in serving as Claims Administrator in this matter. Class Counsel's preferred choice based on those interviews and proposals is Settlement Services, Inc. ("SSI").

5. SSI is a Florida subsidiary of one of the largest class action administration firms in the country, Garden City Group, LLC ("GCG"). Our firm has worked with GCG in other cases, including *Allapattah Services, Inc. v. Exxon Corp.*, No. 1:91-cv-00986 (S.D. Fla.).

6. SSI's proposal, which is attached as Exhibit 1, includes a detailed breakdown of the fees and costs it expects to charge for its services herein. It anticipates that the total cost of administering the settlement in this matter will be approximately $19,675.

7. Class Counsel believes SSI's proposal is reasonable based on our prior experience in class actions and the circumstances of this case. We, therefore, respectfully request that the Court approve SSI to serve as Claims Administrator in accordance with its proposal.

8. We will separately move for the approval of a proposed claim form and other specifics relating to the claims process.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request the entry of an Order approving Settlement Services, Inc. to serve as Claims Administrator in this matter.

Dated:  August 28, 2018	Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Counsel for Plaintiffs and the Class
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone:  305.789.3200
Facsimile:  305.789.3395

/s/ Jason P. Hernandez
Eugene E. Stearns
Florida Bar No. 149335
estearns@stearnsweaver.com
Jason P. Hernandez
Florida Bar No. 18598
jhernandez@stearnsweaver.com
Matthew W. Buttrick
Florida Bar No. 176028
mbuttrick@stearnsweaver.com
Mary Barzee Flores
Florida Bar No. 797235
mbarzeeflores@stearnsweaver.com
Cecilia Duran Simmons
Florida Bar No. 469726
csimmons@stearnsweaver.com
Matthew C. Dates
Florida Bar No. 90994
mdates@stearnsweaver.com
Matthew M. Graham
Florida Bar No. 86764
mgraham@stearnsweaver.com
Ryan T. Thornton
Florida Bar No. 99195
rthornton@stearnsweaver.com
Joseph J. Onorati
Florida Bar No. 92938
jonorati@stearnsweaver.com

## CERTIFICATE OF SERVICE

      I CERTIFY that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

                    /s/ Jason P. Hernandez
                    Jason P. Hernandez

## SERVICE LIST

David B. Weinstein (604410)
weinsteind@gtlaw.com
Ryan T. Hopper (107347)
hopperr@gtlaw.com
Danielle M. Diaz (43704)
diazd@gtlaw.com
Jillian M. Askren (121773)
askrenj@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
***Co-Counsel for Defendant CBRE, Inc.***

Jeffrey Allan Hirsch (199850)
hirschj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 E Las Olas Blvd Ste 2000 Ft. Lauderdale, FL 33301-4223
Telephone: (954) 768-8285
Facsimile: (954) 765-147
***Co-Counsel for Defendant CBRE, Inc.***

Jared E. Dwyer (FBN 104082)
dwyerje@gtlaw.com
GREENBERG TRAURIG, P.A.
333 SE 2nd Ave Miami, FL 33131-2176
Telephone: (305) 579-0564
Facsimile: (305) 579-0717
***Co-Counsel for Defendant CBRE, Inc.***

Hardy L. Roberts, III (0062545)
hroberts@careyomalley.com
CAREY, O'MALLEY, WHITAKER, MUELLER, ROBERTS & SMITH
712 S. Oregon Avenue
Tampa, Florida 33606
Tel: (813) 250-0577
***Co-Counsel for Defendant CBRE, Inc.***

Peter W. Homer, Esq. (291250)
phomer@homerbonner.com
Kevin P. Jacobs, Esq. (169821)
kjacobs@homerbonner.com
Gregory J. Trask, Esq. (005583)
gtrask@homerbonner.com
HOMER BONNER JACOBS, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Tel: (305) 350-5100
***Counsel for Defendant Gloria Hernandez***

James M. Miller (201308)
james.miller@akerman.com
Ishmael A. Green (109100)
Ishmael.green@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095
***Counsel for Defendant, Harry L. Silverman***