UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., Gloria Hernandez,
and Harry L. Silverman,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF CLAIMS ADMINISTRATOR

This matter comes before the Court on Plaintiffs' Motion for Court Approval of Claims Administrator (the "Motion") [DE 290], filed herein on August 28, 2018. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 290] is **GRANTED**.

2. The Court approves Settlement Services, Inc. ("SSI") to serve as Claims Administrator in accordance with its proposal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of August, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record