# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC
and Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

        Plaintiffs,

v.                                CLASS ACTION

Carlton P. Cabot, *et al.*,

        Defendants.

_____/

### DEFENDANT CBRE, INC.'S UNOPPOSED MOTION
### TO MODIFY SCHEDULE FOR PAYMENT OF SETTLEMENT AMOUNT
### AND SUPPORTING MEMORANDUM OF LAW

Defendant CBRE, Inc. ("CBRE"), in accordance with Federal Rules of Civil Procedure 23, respectfully moves for an order approving a modification to the schedule for payment under the Settlement Agreement preliminarily approved by this Court on August 23, 2018 [DE 289]. The Plaintiffs and Class, acting through Class Counsel, do not oppose this motion.

Under the Settlement Agreement, CBRE is currently obligated to pay the Settlement Amount (i.e., $100,000,000 USD) into an Escrow Account on or before September 10, 2018 [DE 288-2, ¶ 8]. CBRE will be paying part of that Settlement Amount directly and the balance will be paid by insurance carriers. CBRE is presently in the process of coordinating the latter payments and requires a brief enlargement of time to marshal those assets in an orderly manner.

Class Counsel has agreed to provide CBRE with the additional time it needs, subject to Court approval and certain conditions designed to ensure that the delay in payment does not affect the Class economically or otherwise. Those conditions include payment by CBRE of the interest that would have accrued on the Settlement Amount if paid timely into the Escrow Account.

CBRE is amenable to those conditions and therefore respectfully requests Court approval to modify the Settlement Agreement accordingly. The provision of the Settlement Agreement relating to payment of the Settlement Amount currently provides:

> 8.    <u>Settlement Amount</u>.  Within 10 days after the Escrow Account is established, CBRE shall pay the entirety of the Settlement Amount into the Escrow Account, by wire transfer, in immediately available funds.

CBRE requests that this paragraph be deemed replaced with the following:

> 8.    <u>Settlement Amount</u>.  CBRE shall pay the Settlement Amount into the Escrow Account, by wire transfers, in immediately available funds, as follows: (a) $65,000,000 USD on or before Monday, September 17, 2018, and (b) $35,000,000 USD on or before Thursday, November 1, 2018. CBRE shall also pay the interest that would have accrued on those amounts if they were paid into the Escrow Account on September 10, 2018 (the "Supplemental Interest Payments").  Promptly after CBRE pays each portion of the Settlement Amount into the Escrow Account, the Escrow Agent shall calculate the interest owed on that portion of the Settlement Amount at a rate of 2.15% Annual Percentage Yield (APY).  The Escrow Agent shall then advise CBRE of the amount of interest due and provide a supporting calculation, along with a calculation of the additional interest owed each day until the Supplemental Interest Payment is made.  CBRE shall pay each Supplemental Interest Payment into the Escrow Account, by wire transfer, in immediately available funds, within three business days after the Escrow Agent provides the amount due and supporting calculations, as described above.

No other provisions of the Settlement Agreement are to be modified.

## MEMORANDUM OF LAW

CBRE makes this motion in good faith, not for delay, and not to materially modify the fundamental terms of the Settlement Agreement.  CBRE simply requires additional time to marshal assets from various sources to satisfy the Settlement Amount in an orderly manner.  The Plaintiffs and the Class will not be affected by the proposed modification, as CBRE has agreed to pay the interest that would have accrued on the Settlement Amount if it were timely paid into the Escrow Account on September 10, 2018.  The proposed modification also will not delay the payment of

Class Members' claims, as the Settlement Amount will be paid in full by November 1, 2018, a little over a week *prior* to the final approval hearing.

In short, the proposed modification to is settlement neutral to the Plaintiffs and the Class and is therefore appropriate to approve.  *See Evans v. Jeff D.*, 475 U.S. 717, 726-27 (1986).

CBRE respectfully requests a ruling on this Unopposed Motion to ensure that it complies the terms of the Settlement Agreement as required by this Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Settlement, and Setting Final Approval Hearing [DE 289].

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendant CBRE, Inc. certifies that they have spoken with Class Counsel and counsel for Defendant Gloria Hernandez, both of whom agree to the relief requested in this motion.

*(Signatures on following page)*

Dated:  September 4, 2018

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Counsel for Defendant CBRE, Inc.*

CAREY, O'MALLEY, WHITAKER, MUELLER,
ROBERTS & SMITH
712 S. Oregon Avenue
Tampa, Florida 33606
Hardy L. Roberts, III (Bar No. 0062545)
hroberts@careyomalley.com

*Counsel for Defendant CBRE, Inc.*

*/s/* David B. Weinstein
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 107347)
hopperrr@gtlaw.com
Danielle M. Diaz (FBN 43704)
diazd@gtlaw.com
Jillian M. Askren (FBN 121773)
askrenj@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

Jeffrey Allan Hirsch (FBN 199850)
hirschj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 E Las Olas Blvd Ste 2000
Ft. Lauderdale, FL 33301-4223
Telephone: (954) 768-8285
Facsimile: (954) 765-1477

Jared E. Dwyer (FBN 104082)
dwyerje@gtlaw.com
GREENBERG TRAURIG, P.A.
333 SE 2nd Ave
Miami, FL 33131-2176
Telephone: (305) 579-0564
Facsimile: (305) 579-0717

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 4, 2018, I electronically filed the foregoing Reply to

Response with the Clerk of the Court through the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

/s/ David B. Weinstein
Attorney

**SERVICE LIST**

Hardy L. Roberts, III
hroberts@careyomalley.com
CAREY O'MALLEY WHITAKER
MUELLER ROBERTS & SMITH
712 S. Oregon Avenue
Tampa, FL 33606
***Co-Counsel for Defendant CBRE, Inc.***

Kevin P. Jacobs
kjacobs@homerbonner.com
Gregory J. Trask
gtrask@homerbonner.com
Peter W. Homer
phomer@homerbonner.com
Cara J. Grand
cgrand@homerbonner.com
Homer Bonner Jacobs, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
***Counsel for Gloria Hernandez***

Jason P. Hernandez
jhernandez@stearnsweaver.com
Mary Barzee Flores
mbarzeeflores@stearnsweaver.com
Ryan T. Thornton
rthornton@stearnsweaver.com
Joseph J. Onorati
jonorati@stearnsweaver.com
Eugene E. Stearns
estearns@stearnsweaver.com
Cecilia Duran Simmons
csimmons@stearnsweaver.com
Matthew W. Buttrick
mbuttrick@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler St., Ste. 2200
Miami, FL 33130
***Attorneys for Plaintiffs and the Class***

David R. Softness
david@softnesslaw.com
DAVID R. SOFTNESS, P.A.
201 South Biscayne Blvd., Ste. 2740
Miami, FL 33131
***Counsel for Defendant, Actuarial Risk Management, Ltd.***

James M. Miller
james.miller@akerman.com
Ishmael A. Green
Ishmael.green@akerman.com
Akerman LLP
Three Brickell City Centre
98 SE Seventh St., Ste. 1100
Miami, FL 33131
***Counsel for Defendant, Harry L. Silverman***