**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW**

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., and Gloria Hernandez,

Defendants.

**ORDER GRANTING**
**PLAINTIFFS' MOTION FOR APPROVAL OF CLAIMS PROCESS**

This matter came before the Court on Plaintiffs' Motion for Approval of Claims Process [D.E. 297]. Having carefully reviewed the Motion and the Exhibits thereto, and being otherwise fully advised in the premises, it is **ORDERED** and **ADJUDGED** that the Motion is **GRANTED**. The following Claims Process shall be employed to distribute settlement proceeds to the Class certified in this action.

**A. Notice of Claims Process and Opportunity to Object**

1. The Court hereby approves the proposed Notice of Claims Process [D.E. 297-1] and the proposed method of delivery to the Class.

2. Class Counsel shall promptly send a copy of the Notice of Claims Process to each Class Member via first-class certified mail.

3. The Notice sent to each Class Member shall be tailored to that Class Member, as the Class invested in six different commercial office properties (the “Florida Properties”). Specifically, the Notice sent to the Class Members in each property shall include an Appendix listing what Class Counsel believes the Class Members’ ownership percentages were in their property prior to the initiation of foreclosure proceedings.

4. For clarity, the Notice of Claims Process sent to the East Broward Class Members shall include the Appendix reflecting East Broward ownership percentages [D.E. 297-1, p. 7]; the Notice sent to the Cypress Creek Class Members shall include the Appendix relating to the Cypress Creek property [D.E. 297-1, p. 8]; the Notice sent to the Trafalgar / Avion Class Members shall include the Appendix relating to the Trafalgar /Avion property [D.E. 297-1, p. 9]; the Notice sent to the North University Class Members shall include the Appendix relating to the North University property [D.E. 297-1, p. 10]; the Notice sent to the North Orange Class Members shall include the Appendix relating to the North Orange property [D.E. 297-1, p. 11]; and the Notice sent to the Oak Grove Class Members shall include the Appendix relating to the Oak Grove property [D.E. 297-1, p. 12].

5. The approved Notice advises the Class Members of their right to object to the listed ownership percentages and how to do so if they are so inclined.

6. Each Class Member shall have 15 days to submit an objection to the ownership percentages listed (an “Ownership Percentage Objection”).

7. If a Class Member fails to submit a timely Ownership Percentage Objection, the Class Member shall be precluded from contesting any of the listed ownership percentages.

8. In the event that any Class Member submits an Ownership Percentage Objection within the 15-day objection period, Class Counsel shall contact the Class Members potentially affected by the objection and attempt to informally resolve the objection by agreement.

9. If Class Counsel’s efforts in that regard are unsuccessful, the objection shall be addressed as set forth herein.

**B. Delivery of Claim Forms to Class Members**

10. The Court hereby approves the proposed Claim Forms [D.E. 297-2 & 297-3] and the proposed method of delivery to the Class.

11. If no Class Members in a property submit an Ownership Percentage Objection within the objection period or Class Counsel succeeds in resolving any objections received, Class Counsel shall promptly send each of the Class Members in that property the Claim Form in the format attached to the Motion as Exhibit 2 [D.E. 297-2].

12. If one or more Class Members in a property submit timely objections and Class Counsel is not successful in resolving them, Class Counsel shall send each Class Member in that property a Claim Form in the format attached to the Motion as Exhibit 3 [D.E. 297-3].

13. The Claim Forms shall be sent to Class Members via first-class mail and shall be tailored to each Class Member.

14. Specifically, to facilitate the Claims Process, each Claim Form shall be pre-populated with the Class Member's ownership percentage and other Class Member information derived from documents produced in the litigation. The Claim Form shall then request that the Class Member verify or correct certain information listed and provide supporting documents where corrections to certain information are necessary.

15. Each Claim Form shall also request the Class Member's tax identification number for tax reporting purposes, as well as additional contact information.

16. For a Claim Form to be considered, it must be completed and submitted by no later than June 30, 2019 (the "Claims Deadline").

**C. Review of Claim Forms**

17. The Claims Administrator shall promptly review each Claim Form received, along with any supporting documentation submitted therewith.

18. If the Claims Administrator determines that a particular Claim is ready for processing and should be approved, the Claim shall be processed as set forth below.

19. If the Claims Administrator instead determines that additional information or documentation is needed to process a particular Claim, or that a Claim should be rejected, Class Counsel shall notify the Class Member of that fact and work with the Class Member to rectify the deficiencies, where possible.

20. The Claims Administrator shall defer processing any Claim potentially affected by an Ownership Percentage Objection, or any other dispute, until that objection or dispute has been resolved in accordance with the procedure set forth herein.

**D. Processing of Claims and Initial Payments**

21. Once the Claims Administrator determines that a particular Claim or group of Claims is ready for processing and should be approved, Class Counsel shall apply to the Court for an Order approving such Claims and authorizing an initial payment thereon.

22. The initial payment to each Class Member whose Claim is approved will consist of (i) a pro-rata share of the settlement proceeds, with pro-rata deductions for attorneys' fees, costs, and incentive awards, and (ii) a pro-rata share of the interest accrued on the settlement proceeds through November 30, 2018. The pro-rata shares and deductions shall be calculated in accordance with the plan of allocation to be approved by the Court.

23. Upon receipt of an Order authorizing one or more initial payments to be made, the Escrow Agent shall make a disbursement from the Escrow Account to a separate account which the Claims Administrator may draw upon to make disbursements to Class Members. The disbursement from the Escrow Account shall be in the total amount authorized to be paid, and the disbursement to each Class Member shall be in the amount of the initial payment authorized to be paid.

24. The initial payments shall be made by check and shall be sent to Class Members via a trackable mail or courier service.

**E. Second Payments**

25. Once the Claims Deadline has passed and all Claims submitted for a particular property have been processed or otherwise addressed, Class Counsel shall apply to the Court for an Order authorizing a second payment on such Claims.

26. The second payment to each Class Member whose Claim is approved shall consist of a pro-rata share of any interest earned on the settlement proceeds between December 1, 2018 and the date on which the Claim is paid, less a pro-rata share of the claims administration costs. These pro-rata shares shall again be calculated in accordance with the plan of allocation to be approved by the Court.

27. Upon receipt of an Order authorizing one or more second payments to be made, the Escrow Agent shall make a disbursement from the Escrow Account to a separate account which the Claims Administrator may draw upon to make disbursements to Class Members. The disbursement from the Escrow Account shall be in the total amount authorized to be paid, and the disbursement to each Class Member shall be in the amount of the second payment authorized to be paid.

28. The second payments shall be made by check and shall be sent to Class Members via a trackable mail or courier service.

**F. Resolution of Objections and Other Disputes**

29. If any Class Member submits a timely Ownership Percentage Objection and Class Counsel is unsuccessful in informally resolving the objection by way of agreement, Class Counsel shall coordinate with the Class Members potentially affected by the objection and develop a proposed procedure for formally resolving the objection.

30. Likewise, if any Class Member or other interested party raises a dispute regarding a Class Member's ownership of a particular Claim or the beneficial ownership of a Claim – for instance, if an assignment or other transfer is alleged – Class Counsel shall also attempt to informally resolve the dispute through agreement, and, if those efforts are unsuccessful,

it shall coordinate with the Class Members and other parties potentially affected by the dispute and develop a proposed procedure for formally resolving the dispute.

31. In each case, Class Counsel shall endeavor to develop a proposed procedure which is tailored to addressing the objection or dispute and is designed to be cost-effective and efficient, while preserving the due process rights of all Class Members and other interested parties potentially affected by the objection or dispute.

32. If Class Counsel's proposed procedure meets with less than unanimous approval of the Class Members and other interested parties potentially affected by the objection or dispute, the proposed procedure shall then be submitted to this Court for its approval or disapproval, with the Class Members and other interested parties having a voice in that process.

**G. Unclaimed Funds**

33. Class Counsel shall attempt to contact any Class Member which has not submitted a Claim by March 31, 2019 to encourage the submission of a Claim by the Claims Deadline.

34. If a Class Member's pro-rata allocation of the settlement proceeds and interest nonetheless goes unclaimed, such funds shall be escheated to the appropriate state in accordance with applicable state law, to be held for the benefit of the Class Member at issue.

**DONE AND ORDERED**, in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record