UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., and Gloria Hernandez,

    Defendants.

## FINAL DEFAULT JUDGMENT AGAINST THE CABOT DEFENDANTS

THIS CAUSE is before the Court on the Plaintiffs' Motion for Final Default Judgment Against the Cabot Defendants [DE 339], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Final Default Judgment Against the Cabot Defendants [DE 339] is **GRANTED**;

2. **JUDGMENT** is hereby entered in favor of the six Plaintiff Sub-Classes listed below and against Defendants Carlton P. Cabot, Timothy J. Kroll, Cabot Investment

Properties, LLC, Cabot East Broward LeaseCo, LLC, Cabot North Orange LeaseCo, LLC, Cabot Oak Grove Asset Manager, LLC, Cabot Trafalgar/Avion LeaseCo, LLC, Cabot Cypress Creek LeaseCo, LLC, and Cabot North University LeaseCo, LLC in the following amounts:

| Sub-Class | Judgment Amount |
| --- | --- |
| East Broward Corporate Center | $19,540,143 |
| Cypress Creek Tower | $1,608,208 |
| Trafalgar / Avion | $2,556,067 |
| North University / Preferred Exchange | $5,742,400 |
| North Orange Wachovia Tower | $6,354,200 |
| Oak Grove | $3,795,939 |
| Total | $39,596,957 |

3. This judgment shall bear interest as prescribed 28 U.S.C. § 1961, for which let execution issue.

4. This case shall remain **CLOSED**.

**DONE AND ORDERED**, in Chambers in Fort Lauderdale, Broward County, Florida this 13th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record