UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

  Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., Gloria Hernandez,
and Harry L. Silverman,

  Defendants.

**PLAINTIFFS' MOTION FOR ENTRY OF**
**ORDER DISMISSING DEFENDANT SILVERMAN WITH PREJUDICE**

  Plaintiffs Cabot East Broward 2 LLC and Cabot East Broward 34 LLC hereby move pursuant to Federal Rule of Civil Procedure 41(a)(2) for entry of an order dismissing the claims against Defendant Harry L. Silverman with prejudice:

  1. In April 2018, the Plaintiffs entered into an Amended and Superseding Voluntary Dismissal and Settlement Agreement with Defendant Silverman (the "Settlement Agreement"). Specifically, the Plaintiffs agreed to seek an order dismissing the claims against Mr. Silverman without prejudice in exchange for his cooperation and waiver of his Fifth Amendment rights; and they further agreed to seek an order dismissing those claims with prejudice within 30 days after the case was concluded as to all remaining Defendants.  [D.E. 212 and 212-1].

   2. Following a final approval hearing on June 1, 2018, this Court entered an Order approving the Settlement Agreement and dismissing the claims against Defendant Silverman without prejudice. [D.E. 234].

   3. On October 13, 2020, this Court entered a Final Default Judgment against the last remaining Defendants in this case, and no appeal therefrom has been taken. [D.E. 342].

   4. Thus, under the Settlement Agreement, the claims against Mr. Silverman may now be dismissed with prejudice, and the case may officially be closed.

## CONCLUSION

For these reasons, the Plaintiffs respectfully request the entry of an Order dismissing the action as to Defendant Silverman with prejudice.

Dated:  November 17, 2020						Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Counsel for Plaintiffs and the Class
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone:  305.789.3200
Facsimile:  305.789.3395

/s/ Eugene E. Stearns
Eugene E. Stearns
Florida Bar No. 18598
estearns@stearnsweaver.com
Jason P. Hernandez
Florida Bar No. 18598
jhernandez@stearnsweaver.com
Matthew W. Buttrick
Florida Bar No. 176028
mbuttrick@stearnsweaver.com
Cecilia Duran Simmons
Florida Bar No. 469726
csimmons@stearnsweaver.com
Matthew M. Graham
Florida Bar No. 86764
mgraham@stearnsweaver.com
Ryan T. Thornton
Florida Bar No. 99195
rthornton@stearnsweaver.com
Joseph J. Onorati
Florida Bar No. 92938
jonorati@stearnsweaver.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on November 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

/s/ Eugene E. Stearns  
Eugene E. Stearns

**SERVICE LIST**

Thomas Meeks (314323)  
Email: tmeeks@carltonfields.com  
Yolanda P. Strader (70212)  
Email: ystrader@carltonfields.com  
CARLTON FIELDS JORDEN BURT, P.A.  
100 SE Second Street, Suite 4200  
Miami, Florida 33131  
Tel: (305) 530-0050  
Fax: (305) 530-0055  
*Co-Counsel for Defendant CBRE, Inc.*

Gregory J. Trask, Esq. (005583)  
Email: gtrask@homerbonner.com  
Kevin P. Jacobs, Esq. (169821)  
Email: kjacobs@homerbonner.com  
HOMER BONNER JACOBS, P.A.  
1200 Four Seasons Tower  
1441 Brickell Avenue  
Miami, Florida 33131  
Tel: (305) 350-5100  
*Counsel for Defendant Gloria Hernandez*

Ishmael A. Green (109100)  
Email: Ishmael.green@akerman.com  
James M. Miller (201308)  
Email: james.miller@akerman.com  
AKERMAN LLP  
Three Brickell City Centre  
98 Southeast Seventh Street  
Suite 1100  
Miami, Florida 33131  
Tel: (305) 374-5600  
Fax: (305) 374-5095  
*Counsel for Defendant, Harry L. Silverman*

D. Matthew Allen (866326)  
Email: mallen@carltonfields.com  
Mariko Shitama Outman (106681)  
Email: msoutman@carltonfields.com  
CARLTON FIELDS JORDEN BURT, P.A.  
Corporate Center Three at International Plaza  
4221 w. Boy Scout Blvd. – Suite 1000  
Tampa, Florida 33607-5780  
*Co-Counsel for Defendant CBRE, Inc.*

Hardy L. Roberts, III (0062545)  
Email: hroberts@careyomalley.com  
CAREY, O'MALLEY, WHITAKER, MUELLER, ROBERTS & SMITH  
712 S. Oregon Avenue  
Tampa, Florida 33606  
Tel: (813) 250-0577  
*Co-Counsel for Defendant CBRE, Inc.*