UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61218-CIV-DIMITROULEAS/SNOW

Cabot East Broward 2 LLC and
Cabot East Broward 34 LLC, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Carlton P. Cabot, Timothy J. Kroll,
Cabot Investment Properties, LLC,
Cabot East Broward LeaseCo, LLC,
Cabot North Orange LeaseCo, LLC,
Cabot Oak Grove Asset Manager, LLC,
Cabot Trafalgar/Avion LeaseCo, LLC,
Cabot Cypress Creek LeaseCo, LLC,
Cabot North University LeaseCo, LLC,
CBRE, Inc., and Gloria Hernandez,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF ORDER DISMISSING DEFENDANT SILVERMAN WITH PREJUDICE

This matter came before the Court on Plaintiffs' Motion for Entry of Order Dismissing Defendant Silverman With Prejudice [DE 343]. Having reviewed the Motion, the prior filings referenced therein, and being otherwise fully advised in the premises, it is **ORDERED** and **ADJUDGED** that the Motion [DE 343] is **GRANTED** as follows:

    1.    This action is **DISMISSED** as to Defendant Harry L. Silverman with prejudice, with each side to bear its own attorneys' fees and costs.

    2.    This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 17th of November, 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

- 2 -

Copies furnished to:
Counsel of Record